

## Annual Dockage License Agreement

Date: 10/8/2019
Contract Period: 10/1/2019 - 9/30/2020
Slip #: BT

### Owner Information

George Scarborough
10872 Patowmack Drive
Great Falls, Va 22066

Home Phone: 703-444-2415
Work Phone: 571-379-8122
Cell Phone: 301-787-9581
Email: gscarborough@tsgcompanie

### Vessel Information

Vessel Name: SOUTHERN CHARM
Make/Model: Berger/
Reg/Doc#:

Length: 72
Beam:
Draft:

Hull ID:
Shore Power:
Key/Combo:

### Billing Information

Annual Dockage     21,120.00
Total Charges      21,120.00

Total Due Upon Signing Agreement     5,280.00
Balance Due                          15,840.00

The above information is incorporated by reference into the following text.

1. **Parties:** The Vessel Owner(s) (collectively called "Owner") requests that Chesapeake Harbour Marina, Inc. ("Chesapeake") provide wet and/or dry dockage at the Chesapeake Harbour Marina ("Marina") for the above-named vessel (the "Vessel") in accordance with the terms of this Dockage License Agreement ("Agreement").

2. **Term:** The term of this Agreement shall be the Agreement Period stated above provided Owner returns a signed copy of this Agreement together with one-fourth (1/4) of the dockage fee ("Reservation Fee") forty-five (45) days before commencement of the Agreement Period stated above ("Reservation Period"). The Reservation Fee is non-refundable. The remainder of the dockage fee is due and payable within thirty (30) days after the Agreement Period commences ("Due Date") and is non-refundable. Chesapeake shall have the right to offer the Slip to other Vessel Owners on a "first pay" basis if Owner fails to deliver to Chesapeake a signed Agreement with Reservation Fee within the Reservation Period.

3. **Dockage Fee:** Dockage fee is as stated above, provided, however, if Owner fails to pay the remainder of the dockage fee by the Due Date, the Owner shall be in default (refer to paragraph 18). At such time as a default occurs, Chesapeake may choose to withdraw the annual rate and impose the daily rate from the first day of the Agreement period.

4. **Renewal:** Upon expiration of the Agreement Period, in Chesapeake's sole discretion, the Owner may be offered a new Dockage License Agreement ("New Agreement"). The New Agreement must be signed and returned to Chesapeake with the Reservation Fee within the Reservation Period. The terms and dockage rate shall be as set forth in the New Agreement. If a new Agreement is not consummated, the Owner(s) shall be responsible for Transient dockage, set by Chesapeake, if the Vessel is not removed by the end of the Agreement Period.

5. **Safekeeping:** It is agreed and understood that Chesapeake is not a bailee and will not be responsible for any damage or loss to the Vessel, its tackle or to any person visiting the Vessel, unless caused by an affirmative act of gross negligence by Chesapeake. Chesapeake is authorized by Owner, but is not required, to take any action to protect the Vessel in the event of an emergency or casualty. Owner shall reimburse Chesapeake for all necessary and reasonable costs incurred by Chesapeake in protecting the Vessel or the property of others that is endangered by such vessel. Chesapeake shall not be responsible for any form of damage or destruction to the Vessel caused by flood, ice, weather conditions or changing weather conditions, snow, fire, storms, vandalism, terrorist acts, birds, rodents, other natural pests, nuisances, war or acts of God.

6. **Third Party Services:** Chesapeake Harbour Marina Yacht Services, Inc and/or its subcontractors (collectively "CHMYS") may at various times during the term of this Agreement, perform maintenance, service or repairs to the subject Vessel as requested by the Owner. Chesapeake makes no warranties, indemnifications or guarantees to Owner with respect to the work or materials furnished to or for the benefit of the Vessel by CHMYS.

7. **Telephone/Cable Service:** Chesapeake shall not be responsible for any connection costs, repairs of lines, or maintenance of service for telephone or cable hook-up to the Vessel.

8. **Sinking/Casualty:** In the event the Vessel shall sink in its slip or at any place in the Marina or channel leading into the Marina, Owner shall immediately undertake the necessary action to remove and/or raise the Vessel. If, in the opinion of Chesapeake, the Vessel constitutes a hazard to navigation or poses a danger to any Vessel, property, person or the environment, Chesapeake shall have the authority, but not the responsibility, to remove/raise the Vessel immediately at the sole cost and expense of the Owner.



# Annual Dockage License Agreement

Date: 10/8/2019
Contract Period: 10/1/2019 - 9/30/2020
Slip #: BT

9. **Maritime Lien:** Chesapeake shall have a maritime lien under federal and state law for all charges, costs and expenses in providing dockage, supplies, necessities, work, material or other assistance to or for the benefit of the Vessel. In the exercise of its rights under such maritime liens or any other applicable law(s), Chesapeake may prevent Owner from removing the Vessel from the Marina without the prior written permission of Chesapeake. Chesapeake shall have the authority to move the Vessel to a nearby facility for hauling and dry storage. All costs and charges of securing, hauling, moving, blocking, guarding, insuring, and all other expenses relating to the enforcement of Chesapeake's legal rights, including reasonable attorneys' fees, shall constitute a charge and lien against the Vessel.
10. **Damage:** Owner shall be liable for the cost of repairing any damage to the property of Chesapeake or the property of others caused by the Vessel, its crew, guests, agents, employees or invitees.
11. **Lift Slips:** Renters of slips with lifts use these slips at their own risk regarding personal injury or property damage and must use proper caution when using the lift. Lifts are not designed to transport people. No one may be in the Vessel when the Vessel is being supported by the lift. Damage caused by improper operations or use of the lift, as determined by Chesapeake, will be charged to Owner.
12. **Ship's Stores:** All purchases made by Owner from the Chesapeake Ship Store shall be paid for in cash or valid credit card.
13. **Insurance:** During the Agreement Period, Owner shall have the Vessel covered by hull insurance in an amount equal to the Vessel's fair market value, and shall provide legal liability and indemnity coverage of not less than $500,000.00. A certificate of insurance evidencing such policy shall be issued to Chesapeake within thirty (30) days of signing and before the Vessel is berthed at the Marina. The insurance required by this paragraph may be cancelled only upon furnishing Chesapeake thirty (30) days written notice. Failure to provide the insurance at the appropriate level shall constitute a default under this Agreement.
14. **Contractors:** All contractors or other persons employed by the Owner to work on the Vessel are required to sign and abide by all Contractor Rules and Regulations (the "Contractor Rules") as they exist or as updated (from time to time) as Chesapeake, in its sole judgment, determines.
15. **Rules and Regulations:** This Agreement is subject to the Chesapeake Harbour Marina Rules and Regulations (the "Marina Rules") which are attached hereto. Chesapeake reserves the right to modify, delete or alter the Rules in the exercise of its business judgment. Any modifications to the Rules shall be effective and binding when posted at the Marina Office. Chesapeake will mail a copy to the Owner's address stated above with respect to any amendments to the Rules, but Chesapeake's failure to do so shall not render the amendments to the Rules ineffective.
16. **Assignment and Sub-Lease:** Owner cannot assign or transfer, in whole or in part, its rights under this Agreement. Owner shall use the slip designated in this Agreement only for the Vessel named above. There shall be no storage of multiple Vessels or small Vessels in a designated slip. Additional boats, dinghies, etc., shall be stored land side or aboard the Vessel. Chesapeake shall have the right to use a slip for transient dockage whenever the Vessel is removed overnight or longer. Owner shall give notice to Chesapeake in person, by phone, or VHF radio if the Vessel will be absent from its assigned slip for more than twelve (12) hours.
17. **Guaranty:** Owner acknowledges receipt of this Agreement and has read and fully understands the terms thereof. Owner acknowledges that all registered Owners have signed this Agreement and they personally guarantee, jointly and severally, the performance of all obligations and the payments of all sums due hereunder. Failure to comply with this provision is breach of Agreement and Chesapeake (at its sole discretion) may immediately terminate this Agreement. The Owners shall indemnify and hold Chesapeake harmless from any and all liabilities as a result of the operation of the Vessel and/or the acts of the Owner, its agents, employees, guests, or invitees.
18. **Default:** In the event that Owner breaches any term of this Agreement (including payments), fails to comply with the Rules or is determined by Chesapeake (in its sole discretion) to be a detriment to the facility, Owner shall be deemed to be in default ("Default") of this Agreement. If such Default is not cured within ten (10) days after written notice from Chesapeake, Chesapeake shall have the right to terminate this Agreement, revoke the above rate, commence charging daily rates and to pursue all legal remedies as permitted by federal, state and/or local law.
19. **Severability and Enforcement:** If any portion of this Agreement is found to be unenforceable all other portions will remain in full force and effect. Chesapeake will be reimbursed at Owner's expense for all costs incurred including but not limited to attorneys' fees and litigation costs necessary to enforce any portion of this Agreement. Chesapeake's failure to enforce any of its rights under this Agreement will not invalidate or be a waiver of any of its rights under this Agreement.
20. **Binding Effect:** Owner and Chesapeake agree that there are no verbal agreements and that no change in the terms or conditions of this Agreement shall be enforceable unless in writing and signed by both parties.

Signatures:

Chesapeake Harbour Marina, Inc.

Vessel Owner(s): _George Clark / mgr Anch_
Vessel Owner(s): _Pelican Overnight LLC_
Vessel Owner(s): _____



# Annual Dockage License Agreement

Date: 10/8/2019
Contract Period: 10/1/2019 - 9/30/2020
Slip #: BT

## YOUR BILLING RIGHTS
## KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

### Notify Us In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill. Write to us as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
Your name and account/slip number

The dollar amount of the suspected error.

Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

### Your Rights and Our Responsibilities After We Receive Your Written Notice

We must acknowledge your letter within thirty (30) days, unless we have corrected the error by then. Within ninety (90) days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay the mistaken amount or any finance charges related to any mistaken amount. If we did not make a mistake, you may have to pay finance charges and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten (10) days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is. If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

## RULES AND REGULATIONS

A. General Rules of Conduct:

1. No swimming, diving, fishing or crabbing in the Marina or from the jetties
2. Loud noise, rough housing, running and general disturbance are prohibited. Operation of engines and generators is restricted after 7:00 p.m. Sound equipment shall be played so as not to disturb adjacent slip holders. Abusive language is prohibited.
3. Pets will be permitted as long as they do not disturb others and are leashed at all times. Owners are required to clean up after pets and to use pet areas if designated.
4. Grilling (charcoal, gas, electric or open fires) is strictly prohibited anywhere in the Marina.
5. Parking areas and spaces will be designated and limited to automobiles bearing Chesapeake parking stickers. Temporary additional stickers may be available for a fee. Parking of trailers and RVs is restricted.
6. No signs soliciting sale, charter or other business activity and no charter or other business activity are permitted on the Vessel or in the marina.
7. Electric heaters, air conditioners and other equipment requiring substantial power, as determined by Chesapeake, are strictly prohibited to be used onboard the vessel while it is unoccupied. Chesapeake reserves the right to impose an additional charge to any violators.
8. Interior and exterior halyards, lines, curtains and the like must be secured to eliminate slapping and resultant noise.
9. Sewage shall not be pumped into the Marina waters. On shore toilet facilities or Chesapeake's pump-out facility must be used.
10. All refuse must be secured in plastic bags and deposited in the refuse containers provided by Chesapeake.
11. Live aboards are prohibited. Occasional short term living aboard may be permitted in the sole discretion of Chesapeake.
12. No bathing suits, towels or laundry may be hung on the outside of the Vessel or in the Marina.
13. Chesapeake reserves the right to board and/or relocate the Owner's vessel on a permanent or temporary basis if in its sole judgment this becomes necessary.
14. Owner represents that the Vessel will be maintained in a safe and seaworthy condition at all times during the term of this Agreement. If Chesapeake determines, at its sole discretion, that the Vessel is unsafe or not seaworthy, the Owner must immediately repair or remove the Vessel from the Marina.
15. Owner represents and warrants that the Vessel shall comply in all respects with the Federal Water Pollution Acts (33 U.S.C. Section 1322) prohibiting the discharge of oil or oily water as well as all other applicable Federal and State Laws and Regulations.



## Annual Dockage License Agreement

Date: 10/8/2019
Contract Period: 10/1/2019 - 9/30/2020
Slip #: BT

B. Storage, Work, Tradesmen.

1. No equipment of any kind will be stored on the docks, except in a dock box rented from and installed by Chesapeake. No fuel or flammables shall be stored in dock boxes.
2. No painting, varnishing or other work will be performed on the docks. Any material spilled shall be promptly and completely cleaned.
3. No work on the hull will be permitted except cleaning and polishing. Only light work, not involving noise, dust, dirt, odors or solvents will be permitted on any other part of the Vessel.
4. Uniform requirements for tradesmen have been adopted by Chesapeake and no tradesman will be permitted to perform work in the Marina until he has met those requirements. Owner must inform Chesapeake of the name, address, telephone number and intended dates and times tradesmen are to perform work and must advise the tradesmen of the necessity for them to register.
5. Except for emergencies, no work shall be performed by tradesmen on a Vessel at any time on Saturdays, Sundays, holidays or between 5:00 p.m. and 8:00 a.m. on any other days.
6. No carpet, rubber, or other materials may be attached to any pilings or any other part of the Marina, except by Chesapeake. Any items installed without permission from CHM will be removed and the Owner will be charged for the removal of any unauthorized items and for any damages those items may have caused.

C. Leaving and Arriving.

1. Vessels shall not exceed 4 knots in the entrance nor 2 knots within the Marina.
2. All Vessels shall comply with all rules of the road within the Marina and the channel and shall display all navigation lights required by law.
3. Spotlights shall be used only as necessary for navigation.
4. Chesapeake shall not be responsible for tending lines or assisting in departure or arrival.
5. All Vessels shall transit the Marina under power and not under sail.
6. Owners will attempt to notify Chesapeake by telephone or VHF radio CH16 if return times vary from those earlier scheduled.

D. Parking, Pools and Other Common Facilities.

Chesapeake Harbour Marina is within a private community. As such, some of the parking lots, the pools, tennis courts, beach and other facilities are shared with the residents of Chesapeake Harbour. In addition to this Agreement the Community Association maintains rules in common for the use of these facilities and those rules as they apply to the guest of the marina are incorporated into this Agreement.