# Greg Singer-Boating

| | |
|---|---|
| **From:** | George Scarborough <gscarborough@tsgcompanies.com> |
| **Sent:** | Wednesday, February 5, 2020 6:10 PM |
| **To:** | Marie Carbone |
| **Cc:** | George Scarborough |
| **Subject:** | RE: Wire instructions |

Marie,
Not yet able to wire most of the $10,400 but hope to do so.by Monday, latest.
Still.recuperating but now with the flu, trying to head off pneumonia.

George


Sent from my Verizon 4G LTE smartphone


-------- Original message --------
From: Marie Carbone <mcarbone@JParks.com>
Date: 2/5/20 15:46 (GMT-05:00)
To: George Scarborough <gscarborough@tsgcompanies.com>
Cc: James Olienyk <jolienyk@trident-marine.com>
Subject: RE: Wire instructions

Hello Mr. Scarborough,

I hope that your recovery is continuing to go well.  I wanted to reach out based on our last conversation regarding the payment that we should receive either today or tomorrow.  Is that still the plan?

I appreciate any update that you can provide me.

Thanks,

Marie

Marie Carbone
CFO
Jerome J. Parks Companies
9 State Circle, Suite 200
Annapolis, MD 21401
410.268.4690 x 215 (main)  |  443.321.0215 (direct)  |  410.267.0772 (fax) mcarbone@jparks.com

This e-mail message is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at 410.268.4690, and delete the communication from any computer or network system. Although this e-mail (including attachments) is believed to be